**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**BERNELL LOVE,**

    **Defendant,**                              **Case No. 06-cr-30166-006-DRH**

==========================
**CAHOKIA NURSING AND**
**REHABILITATION CENTER,**

    **Garnishee.**

## GARNISHEE ORDER

**HERNDON, Chief Judge:**

      A Writ of Continuing Garnishment (Doc. 684), directed to garnishee, Cahokia Nursing and Rehabilitation Center, has been duly issued and served upon garnishee (*see* Doc. 687). Pursuant to the Writ of Continuing Garnishment, garnishee filed an Answer on September 7, 2011, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee is indebted to defendant for wages as they become due and payable (Doc. 687).

      On August 1, 2011, defendant was served with the garnishment and notified

of the right to a hearing (*see* Doc. 685) and has not requested a hearing to determine exempt property.

Therefore, the Court **ORDERS** garnishee to pay 25% of defendant's wages to plaintiff, and continue said payments until the debt to plaintiff is paid in full or until garnishee no longer has custody, possession or control of any property belonging to defendant or until further Order of this court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2011.

David R. Herndon
2011.09.12
13:41:45 -05'00'

**Chief Judge**
**United States District Court**