UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

        **Plaintiff,**           Case No. 06-cr-30166-006-DRH

   v.

**Bernell Love,**

        **Defendant,**

=========================

**Cahokia Nursing and Rehabilitation Center,**

        **Garnishee.**

## ORDER

Upon motion of the United States of America (Doc. 691), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Signed this 22nd day of December, 2011.

David R. Herndon
2011.12.22
12:43:25 -06'00'

                                            **Chief Judge**
                                            **United States District Court**